IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CONTRACTORS BONDING AND INSURANCE
COMPANY,

       Plaintiff,

v.                                         CIVIL NO. 3:22-cv-00449

MARITZA ANDRADE, INDIVIDUALLY
AND D/B/A GEM CONSTRUCTION
AND REMODELING AND ANA ARACELI
COREA DEL GAMEZ, INDIVIDUALLY AND
AS NEXT FRIEND OF B.I.G.C., A MINOR AND
AS REPRESENTATIVE OF THE ESTATE OF JOSE
GAMEZ-GUERRA
       Defendants.

## **FINAL JUDGMENT**

On this day, the Court considered Contractors Bonding and Insurance Company's Motion for Entry of Default Judgment against Maritza Andrade, and the Court, finding that the Motion is well taken, enters this Final Judgment against Maritza Andrade as follows:

It is **ORDERED, ADJUDGED**, **and DECREED** that the insurance policy issued by Contractors Bonding and Insurance Company ("CBIC") to Gem Construction and Remodeling Maritza Andrade DBA, policy number C11SL8955, does not provide coverage for the underlying lawsuit styled *Ana Araceli Corea Del Gamez, Individually and as Next Friend of B.I.G.C., a Minor v. Maritza Andrade and Maritza Andrade dba Gem Construction and Remodeling*, Cause No. CC-21-05536-C (the "Underlying Lawsuit"), and Plaintiff CBIC does not owe Maritza Andrade a duty to defend or indemnify in connection with or arising from the Underlying Lawsuit.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

Signed June 27, 2023.

_____
David C. Godbey
Chief United States District Judge